# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00717-PLC |
| ) | |
| CORIZON, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court for review of self-represented Plaintiff's post-judgment and post-appeal motion for reconsideration. (ECF No. 17). Plaintiff is a prisoner who is subject to 28 U.S.C. § 1915(g), and who previously "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process." *Engel v. Jefferson Cnty. Sheriff Dep't.* No. 4:21-cv-00896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021). In the instant motion, Plaintiff realleges his claims involving a hernia he suffered in 2021 and adds allegations against Dr. John Williams, who was not named as a defendant in the original complaint. He asks this Court to let him proceed with his claims, and seeks $2.5 million in damages.

Plaintiff's motion is frivolous, and it is consistent with his prior pattern of abusive litigation before this Court. The Court will therefore deny the motion, and direct the Clerk to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No.17) is **DENIED.**

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

Dated this 27th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE